Case 05-74248   Doc 27   Filed 11/26/08   Entered 11/26/08 09:54:30   Desc Main
          Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PATRICK D. RETZLAFF & ANNETTE L. RETZLAFF      Case Number: 05-74248
14065 WILD DEER CRT.                SSN-xxx-xx-4823 & xxx-xx-4813
SOUTH BELOIT, IL  61080

Case filed on: 8/19/2005
Plan Confirmed on: 10/14/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $135,945.67        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC MORTGAGE SERVICES | 0.00 | 0.00 | 17,205.00 | 0.00 |
| 004 | WELLS FARGO SERVICING CENTER | 0.00 | 0.00 | 11,970.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 22,570.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 51,745.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | PATRICK D. RETZLAFF | 0.00 | 0.00 | 2,565.67 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,565.67 | 0.00 |
| 001 | CHASE AUTO FINANCE CORP | 10,850.00 | 10,850.00 | 10,850.00 | 619.83 |
| 003 | ROCKFORD POSTAL EMPLOYEES C.U. | 20,769.00 | 0.00 | 0.00 | 0.00 |
| 013 | HSBC MORTGAGE SERVICES | 23.12 | 23.12 | 23.12 | 0.00 |
| 014 | WELLS FARGO OPERATIONS CENTER | 315.00 | 315.00 | 315.00 | 0.00 |
|  | Total Secured | 31,957.12 | 11,188.12 | 11,188.12 | 619.83 |
| 001 | CHASE AUTO FINANCE CORP | 2,817.05 | 2,817.05 | 1,992.55 | 0.00 |
| 006 | CHASE BANK US | 112.47 | 112.47 | 79.55 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 8,704.39 | 8,704.39 | 6,156.76 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 4,837.51 | 4,837.51 | 3,421.65 | 0.00 |
| 009 | IOWA STUDENT LOAN LIQUIDITY CORP | 4,891.98 | 4,891.98 | 3,460.18 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 34,619.25 | 34,619.25 | 24,486.77 | 0.00 |
| 011 | LVNV FUNDING LLC | 12,680.15 | 12,680.15 | 8,968.88 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 14,089.85 | 14,089.85 | 9,965.99 | 0.00 |
|  | Total Unsecured | 82,752.65 | 82,752.65 | 58,532.33 | 0.00 |
|  | Grand Total: | 117,409.77 | 96,640.77 | 126,731.12 | 619.83 |

Total Paid Claimant:    $127,350.95
Trustee Allowance:      $8,594.72        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    70.73         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008        By  /s/Heather M. Fagan